IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUNSARRI ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   NO. CIV-25-1135-HE |
| | ) |
| LORIE ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On October 10, 2025, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation [Doc. #8], recommending (1) the court deny plaintiff's motions to proceed without prepaying fees or costs, and (2) dismiss this action without prejudice to refiling if plaintiff does not pay the $405.00 filing fee in full to the court clerk within 21 days of any order adopting the Report and Recommendation.

Magistrate Judge Mitchell advised plaintiff of the right to object to the Report and Recommendation as well as the consequences for failure to timely object. Any objection was due by October 31, 2025. To date, no objection to the Report and Recommendation has been filed.[1] Plaintiff therefore has waived the right to appellate review of the factual

---

[1] The record reflects that the Report and Recommendation was mailed to plaintiff's last known address. Under the Local Civil Rules, "[p]apers sent by the court will be deemed delivered if sent to the last known address given to the court." LCvR5.4. Plaintiff submitted a filing after entry of the Report and Recommendation, but the filing does not address the Report and Recommendation. See [Doc. #10].

and legal issues addressed in the Report and Recommendation. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #8]. Plaintiff's motions to proceed without prepaying fees or costs [Doc. #2, Doc. #7] are **DENIED**. This action will be dismissed without prejudice to refiling unless plaintiff pays the $405 filing fee in full to the court clerk **within 21 days of the date of this order**.

**IT IS SO ORDERED**.

Dated this 4th day of November, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE